THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD HUBBARD, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.